PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ANTONIO MONTANO,<br><br>             Defendant. | CASE NO. 2:99-CR-0540<br><br>GOVERNMENT'S MOTION TO DISMISS; ORDER |

The United States, pursuant to F.R.Crim.P. 48(a), hereby moves to dismiss the Criminal Information filed December 10, 1999. It also requests that the bench warrant issued March 22, 2000, based on the defendant's failure to appear for his change of plea, be recalled. The defendant has been a fugitive since March 22, 2000 and his whereabouts are unknown. It is unlikely that he will be apprehended. The Drug Enforcement Administration wishes to close out their case and destroy the evidence to make room for incoming cases.

Dated: September 29, 2016                              PHILLIP A. TALBERT
                                                                        Acting United States Attorney


                                                                  By:  /s/ RICHARD J. BENDER
                                                                        RICHARD J. BENDER
                                                                        Assistant United States Attorney

It is so ORDERED,

Dated: September 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE